UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIEN GIBERT PAUMIER (A# 244-076-052),<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,<br>Respondent. | No. 1:26-cv-06723 DJC SCR<br><br>ORDER |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. Neither party filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are adopted in full.
2. Petitioner's amended petition for writ of habeas corpus, styled as a motion to enforce (ECF No. 18) is GRANTED in part.
3. Within fourteen (14) days of this Order, Respondents shall afford Petitioner a bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered. If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody. If the Petitioner requests additional time before the immigration judge, the time for the Respondents to comply with the bond hearing order is automatically extended. Any representation by the Petitioner in immigration court that the Petitioner is not prepared to go forward with the bond hearing shall be treated as a request for a continuance, and not a withdrawal of the bond hearing request.
4. Respondent must provide Petitioner and Petitioner's counsel (if any) with at least seven (7) days' notice of the date, time, and place of the bond hearing. Respondents must also inform Petitioner that he is permitted to have counsel present at the bond hearing.
5. Respondent's motion to dismiss (ECF No. 10) is DENIED.
6. The Clerk of the Court is directed to close this case and enter judgment for Petitioner.

IT IS SO ORDERED.

Dated: **November 24, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE